NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT CHAMBERS, | No. 10-55754 |
| Plaintiff - Appellant, | D.C. No. 2:09-cv-03919-VBF-PLA |
| v. | |
| LOS ANGELES COUNTY; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Central District of California
Valerie Baker Fairbank, District Judge, Presiding

Submitted June 26, 2012[**]

Before:    SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

Robert Chambers appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs while a pretrial detainee at Los Angeles County Jail. We

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

have jurisdiction under 28 U.S.C. § 1291.  We review de novo a dismissal under 28 U.S.C. §§ 1915A or 1915(e)(2).  *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000); *Barren v. Harrington*, 152 F.3d 193, 1194 (9th Cir. 1998) (order).  We affirm.

The district court properly dismissed the action because the third amended complaint did not comply with Rule 8 of the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. P. 8(a)(2) (requiring pleading to contain "a short and plain statement of the claim showing that the pleader is entitled to relief"); *McHenry v. Renne*, 84 F.3d 1172, 1178-79 (9th Cir. 1996) (Rule 8 requires each averment of a pleading to be simple, concise, and direct, stating which defendant is liable to the plaintiff for which wrong, and is a basis for dismissal independent of failure to state a claim).

Chambers' remaining contentions are unpersuasive.

Chambers' request for judicial notice is denied.

**AFFIRMED.**